HUBBLE, Movant, v. W. W. TAYLOR, Opposed.

Court of Appeals of Kentucky.

(Decided April 22, 1938.)

WALTER N. FLIPPIN for movant.

JOHN M. PERKINS for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

SMITH, Movant, v. LOYAL PROTECTIVE INSURANCE COMPANY, Opposed.

Court of Appeals of Kentucky.

(Decided April 22, 1938.)

GUY DICKINSON for movant.

TUGGLE & TUGGLE for opposed.

PER CURIAM.

Appeal denied upon authority of Pembleton v. Illinois Commercial Men's Ass'n, 289 Ill. 99, 124 N. E. 355; Id., 251 U. S. 549, 40 S. Ct. 178, 64 L. Ed. 409; Id., 253 U. S. 499, 40 S. Ct. 483, 64 L. Ed. 1032. See also 33 C. J. p. 155, sec. 893, note 80.

GOODLETT, Movant, v. COMMONWEALTH of Kentucky, etc., Opposed.

Court of Appeals of Kentucky.

(Decided June 3, 1938.)

R. W. KEENON for movant.

HUBERT MEREDITH, Attorney General, for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.